UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| **LATOYA S. THOMPSON,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: 1:15-cv-01117-JES-JEH |
| | ) | |
| v. | ) | |
| | ) | |
| **BAYER HEALTHCARE** | ) | |
| **PHARMACEUTICALS INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

### PLAINTIFF'S MOTION TO EXCLUDE OPINIONS OF REGULATORY EXPERTS DENA R. HIXON, M.D. AND DAVID W. FEIGAL JR., M.D.

Plaintiff Latoya Thompson moves to exclude the testimony of Drs. Dena R. Hixon and David W. Feigal, Jr. pursuant to Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and Federal Rules of Evidence 403. In support of this Motion, Plaintiff submits her contemporaneously filed Memorandum of Law, and exhibits thereto.

Respectfully submitted,

**JONES WARD PLC**

*/s/ Lawrence L. Jones II*
Lawrence L. Jones II
The Pointe
1205 E. Washington St., Suite 111
Louisville, Kentucky 40206
Tel: (502) 882-6000 | Fax: (502) 587-2007
larry@jonesward.com

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that that the undersigned has served all counsel of record via the Court's ECF/CM system on March 15, 2017.

                                                   /s/ *Lawrence L. Jones II*